JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| EVERARDO CANCHOLA<br><br>Plaintiff,<br><br>vs.<br><br>VICTORY PACKAGING INC., a Texas Corporation d/b/a GOLDEN STATE CONTAINER; and DOES 1 to 25, Inclusive.<br><br>Defendant. | Case No. EDCV11-01937 VAP (SPx)<br><br>[Case Assigned to<br>The Honorable Virginia A. Phillips, Ctrm. 2]<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[FRCP 41(1)(a)]<br><br>Action Filed: October 26, 2011<br>Case Removed: December 8, 2011 |

Based on the joint stipulation to dismiss the entire action with prejudice, filed by the parties, this entire action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: 12/21/2011

By: *Virginia A. Phillips*

Hon. Virginia A. Phillips
UNITED STATES DISTRICT COURT JUDGE